UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTYE L. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-01780 (RMC) |
| | ) |
| MICHAEL CHERTOFF, Secretary | ) |
| Dep't. of Homeland Security | ) |
| U.S. Secret Service | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S MOTION FOR LIMITED ADMISSION
OF ADRIAN V. NELSON, II, PRO HAC VICE**

Undersigned attorney Joseph D. Gebhardt, a member of the U.S. District Court for the District of Columbia since 1972, hereby moves for the limited admission, pro hac vice, of Adrian V. Nelson, II to represent Plaintiff in the above-captioned case.

As stated in the accompanying Declaration, Mr. Nelson is an attorney in good standing. See Decl. of Adrian V. Nelson, II, copy attached as Exhibit 1. After receiving his Juris Doctor degree from the Marshall-Wythe School of Law at the College of William and Mary in May 1992, Mr. Nelson was admitted to the Maryland Court of Appeals on December 16, 1992; to the United States District Court for the District of Maryland in 1993; and to the United States Court of Appeals for the Fourth Circuit in 2001.

An appropriate Order accompanies this Motion.

Respectfully submitted,

/s/
JOSEPH D. GEBHARDT
    (DC Bar No. 113894)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
(202) 496-0400

October 6, 2005                    Counsel for Plaintiff


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Unopposed Motion for Limited Admission of Adrian V. Nelson, II, Pro Hac Vice and proposed Order was served this 6th day of October, 2005, via first class mail, postage prepaid, upon counsel for the Defendant as follows:

>   Kenneth L. Wainstein, Esq.
>   U.S. Attorney's Office
>   Judiciary Center Building, 10th Floor
>   555 4th Street, N.W.
>   Washington, DC 20001

/s/
JOSEPH D. GEBHARDT