**EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETTYE L. JACKSON,            )
                              )
            Plaintiff,        )
                              )
       v.                     ) Civil Action No. 05-01780 RMC
                              )
                              )
MICHAEL CHERTOFF, Secretary   )
Dep't. of Homeland Security/  )
U.S. Secret Service           )
                              )
            Defendant.        )
_____)

### DECLARATION OF ADRIAN V. NELSON, II

I, ADRIAN V. NELSON, II, being over 18 years of age and competent to testify to the matters herein, hereby declare under the penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

1. My full name is Adrian V. Nelson, II.

2. The following is my office address, telephone number, and facsimile number:

> LAW OFFICES OF ADRIAN V. NELSON, II
> The Adams Law Center
> 31 Wood Lane Rockville, MD 20850
> Phone: (301) 424-6601
> Fax: (301) 424-6770.

3. The following is a list of all of the bars and Courts to which I have been admitted:

    A. Maryland Court of Appeals (1992);

    B. U.S. District Court for the District of Maryland (1993);

    C. U.S. Court of Appeals for the Fourth Circuit (2001);

4. I have never been disciplined by any bar or Court, and will provide a Certificate of Good Standing from the Maryland Court of Appeals, Maryland's highest court, as soon as I receive it from the court.

5. I was admitted <u>pro hac vice</u> to the U.S. District Court for the District of Columbia in two cases within the last two years: <u>Major, et al. v. Plumbers Local Union No. 5, et al.</u>, Case No. 03-0009 (JDB) (limited admission filed on Feb. 11, 2004; case settled and dismissal papers filed on or about July 29, 2005) and <u>Grant Ervin v. Howard University, et al.</u>, Case No. 04-01632 (RMC) (limited admission filed on Aug. 4, 2005).

6. I am not engaged in the practice of law from an office in the District of Columbia, am not a member of the

District of Columbia Bar, and I have no application pending for membership in the District of Columbia Bar.

_____    October 6, 2005
Adrian V. Nelson, II                               Date