**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BETTYE L. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-01780 (RMC) |
| | ) |
| MICHAEL CHERTOFF, Secretary | ) |
| Dep't. of Homeland Security | ) |
| U.S. Secret Service | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

UPON CONSIDERATION of Plaintiff's Unopposed Motion for Limited Admission of Adrian V. Nelson, II, Pro Hac Vice, filed by Plaintiff's attorney Joseph D. Gebhardt on October 6, 2005, and there appearing to be good cause shown, it is hereby on this _____ day of _____ 2005; **ORDERED:**

1. That Plaintiff's Unopposed Motion for Limited Admission of Adrian V. Nelson, II, Pro Hac Vice is GRANTED; and

2. That attorney Adrian V. Nelson, II, is admitted pro hac vice to represent Plaintiff in the above-captioned civil action.

                                                                          _____
                                                                          ROSEMARY M. COLLYER
                                                                          UNITED STATES DISTRICT JUDGE

Copies to:

Joseph D. Gebhardt, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W., Suite 807
Washington, DC 20036-4716

Adrian V. Nelson, II, Esq.
LAW OFFICES OF ADRIAN V. NELSON, II
The Adams Law Center
31 Wood Lane
Rockville, MD 20850

Kenneth L. Wainstein, Esq.
U.S. Attorney's Office
Judiciary Center Building, 10th Floor
555 4th Street, N.W.
Washington, DC 20001