UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BETTYE L. JACKSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1780 (RMC) |

### ORDER DIRECTING PLAINTIFF TO COMPLETE SERVICE OF PROCESS

Under Rule 4(m) of the Federal Rules of Civil Procedure, if the plaintiff has not served the defendant with a summons and a complaint within 120 days after the filing of the complaint, the Court may dismiss the action. The complaint in this case was filed on September 7, 2005. Over 120 days have passed since the filing of the complaint, and the Court has no record that the defendants have been served with a summons and complaint. Accordingly, it is hereby

**ORDERED** that on or before May 10, 2006, plaintiff must either: file with the Court proof that the defendant has been served with a summons and complaint, or (2) provide the Court with a written explanation for why service of process has not been completed. If the plaintiff fails to comply with this Order, or if the Court determines that the plaintiff has not shown good cause for failure to comply with Rule 4(m), this case will be dismissed without prejudice.

/s/
ROSEMARY M. COLLYER
United States District Judge

Date: April 12, 2006