UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTYE L. JACKSON, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 05-01780 (RMC) ) |
| Michael Chertoff, Secretary<br>United States Department of Homeland Security<br>United States Secret Service | ) ) ) ) |
| Defendant. | ) ) ) |

### DECLARATION OF ADRIAN V. NELSON, II

I, ADRIAN V. NELSON, II, hereby declare under the penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

1. I am 39 years of age and competent to testify to the matters stated herein.

2. I am the sole and principal attorney of the LAW OFFICES OF ADRIAN V. NELSON, II, The Adams Law Center, 31 Wood Lane Rockville, MD 20850, Phone: (301) 424-6601.

3. On May 10, 2006, at approximately 1:45 p.m., I hand-delivered a copy of the Summons and Complaint in the above-captioned case, along with a copy of the Civil Cover Sheet, the Court's Consent to Proceed Before a United States Magistrate Judge for All Purposes, and Initial Electronic Case Filing Order, to Tammy Scott, a person of suitable age and discretion, within the United States Attorney's Office of the District of Columbia, Civil Division, located at 501 Third Street, N.W., Washington, DC 20350, an auxiliary office located adjacent to the main United States Attorney's Office at 555 Fourth Street, N.W., Washington, DC 20350. I handed the Summons and Complaint to Ms. Scott, who was called by the

receptionist to come out to the waiting area, sign for the Summons and Complaint, and accept service.

    4.    On May 10, 2006, at approximately 2:15 p.m., I hand-delivered a copy of the Summons and Complaint in the above-captioned case, along with a copy of the Civil Cover Sheet, the Court's Consent to Proceed Before a United States Magistrate Judge for All Purposes, and Initial Electronic Case Filing Order, to Nakeya Miller, a person of suitable age and discretion, within the United States Department of Justice at 950 Pennsylvania Avenue, N.W., Washington, DC 20530-0001. I hand-delivered the Summons and Complaint to Ms. Miller, a Mail Room Clerk who came out to the waiting area, signed for the Summons and Complaint, and accepted service in response to a call I placed on the in-house phone designated for "summonses."

    The foregoing facts are true and correct to the best of my knowledge and belief.

_May 10, 2006_
Date

_[signature]_
ADRIAN V. NELSON, II
The Adams Law Center
31 Wood Lane
Rockville, MD 20850
(301) 424-6601