UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BETTYE L. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 05-1780 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, | ) | |
| Secretary, Department of Homeland Security | ) | |
| Washington, DC 20528 | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Alan Burch as counsel for Defendant in the above-captioned case.

_____/s/_____
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov