UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTYE L. JACKSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary ) <br> United States Department of Homeland Security ) <br> United States Secret Service, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-01780 (RMC) |

<u>Declaration of Liza M. Murphy</u>

I, Liza M. Murphy, hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge and belief pursuant to 28 U.S.C. §1746:

1. I am an attorney with the United States Secret Service, Office of Chief Counsel, 950 H Street, N.W., Washington, D.C. 20223, phone (202) 406-5842.

2. As the agency counsel of record in this case, the normal practice is that I would be advised if a summons and complaint concerning this case were received by this office.

3. As of this date, I have not been advised that a summons and complaint in the above-captioned case were served by the Plaintiff upon the Secret Service, nor have I otherwise become aware that a summons and complaint were served by the Plaintiff upon the Secret Service.

Executed this 10th day of July, 2006.

Liza M. Murphy
Senior Counsel