UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTYE L. JACKSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-1780 (RMC) |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, ) | |
| Secretary, Department of Homeland Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF DISMISSAL**

UPON CONSIDERATION of Defendant's Motion to Dismiss, any opposition thereto, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

So ordered, this _____ day of _____, 2006.


_____
ROSEMARY M. COLLYER
United States District Judge