UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTYE L. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-01780 (RMC) |
| | ) |
| MICHAEL CHERTOFF, Secretary | ) |
| Dep't. of Homeland Security | ) |
| U.S. Secret Service | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PROOF OF SERVICE**

    I HEREBY CERTIFY that a copy of the Summons and Complaint in the above-captioned case was served on the 20th day of July, 2006, upon the Defendant, via hand-delivery to a person of suitable age and discretion at the Office of the General Counsel for the U.S. Department of Homeland Security at 3801 Nebraska Avenue, N.W., Washington, DC 20528. See Decl. of Lawrence Charles Rudden, copy attached as Exhibit 1.

                                    Respectfully submitted,

                                          /s/
                                  ADRIAN V. NELSON, II
                                    (Admitted Pro Hac Vice)
                                THE ADAMS LAW CENTER
                                31 Wood Lane
                                Rockville, MD 20850
                                (301) 424-6601

|  |  |
|---|---|
|  | _____/s/_____<br>JOSEPH D. GEBHARDT<br>  (DC Bar No. 113894)<br>GEBHARDT & ASSOCIATES, LLP<br>1101 17th Street, N.W.<br>Suite 807<br>Washington, DC 20036<br>(202) 496-0400<br>Local Counsel |
| July 20, 2006 | Attorneys for Plaintiffs |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Proof of Service and Exhibit 1 was served this 20th day of July 2006, via first class mail, postage prepaid, upon counsel for the Defendant as follows:

> Alan Burch, Esq.
> Assistant United States Attorney
> U.S. Attorney's Office
> Judiciary Center Building
> 555 4th Street, N.W.
> Washington, DC 20530

_____/s/_____
JOSEPH D. GEBHARDT

2