**EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTYE L. JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01780 (RMC) |
| ) | |
| MICHAEL CHERTOFF, Secretary ) | |
| Dep't. of Homeland Security ) | |
| U.S. Secret Service ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DECLARATION OF LAWRENCE CHARLES RUDDEN

I, LAWRENCE CHARLES RUDDEN, hereby declare under the penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

1.  I am over the age of eighteen and competent to testify to the matters stated herein.

2.  I am a law clerk at GEBHARDT & ASSOCIATES, LLP, 1101 17th Street, N.W., Suite 807, Washington, DC 20036-4716.

3.  On July 20, 2006, at approximately 1:00 p.m., I delivered a copy of the Summons and Complaint in the above-captioned case in an envelope addressed to the Hon. Michael Chertoff, to a person of suitable age and discretion at the entry gate of the U.S. Department of Homeland Security office located at 3801 Nebraska Avenue, N.W., Washington, DC 20528, which houses the DHS Office of the General Counsel. I handed the Summons and Complaint to attorney Frances Adams who was called by the security officer to come out to the front gate and signed the attached Delivery Confirmation Sheet acknowledging

acceptance of service.

The foregoing facts are true and correct to the best of my knowledge and belief.

7/20/06
Date

LAWRENCE CHARLES RUDDEN
Law Clerk
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
(202) 496-0400

# ATTACHMENT ONE

# LAW OFFICE
# GEBHARDT & ASSOCIATES, LLP

1101 17TH STREET, N.W.
SUITE 807
WASHINGTON, DC 20036

VOICE: (202) 496-0400   FAX: (202) 496-0404

## Delivery Confirmation Sheet

| | |
|---|---|
| Client Name: | Bettye L. Jackson |
| Document: | Summons and Complaint |
| Delivered To: | U.S. Department of Homeland Security, Office of General Counsel |
| Recipient's Signature/Title: | X *Frances Adam, Attorney Advisor* |
| Recipient's Name (Print): | X FRANCES ADAMS   JUL 2 0 2006 |
| Delivery Date: | July 20, 2006 |
| Delivery Time: | 1:09 p.m. (E.S.T.) |
| Location: | 3801 Nebraska Avenue, N.W., Washington, DC 20528 |

*SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY*

This package consists of a total of ___19___ documents. If you do not receive all of the documents/pages, please call us as soon as possible at (202) 496-0400.

Note:

The information contained in this package is attorney-client privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this package is not the intended recipient, you are notified that any dissemination, distribution, or copy of this communication is **strictly prohibited**. If you have received this package in error, please immediately notify us by telephone and return the original package to the above address via the U.S. Postal Service. We appreciate your compliance.