**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BETTYE L. JACKSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|  v. | ) Civil Action No. 05-01780 (RMC) |
| | ) |
| MICHAEL CHERTOFF, Secretary | ) |
| Dep't. of Homeland Security | ) |
| U.S. Secret Service | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss, Plaintiff's Opposition thereto, any Reply, and the full record, it is hereby this ____ day of _____, 2006, **ORDERED:**

    1.    That Defendant's Motion is DENIED;

    2.    That Plaintiff effected service upon all parties as of July 20, 2006; and

    3.    That Defendant shall file a response to Plaintiff's Complaint by September 18, 2006.

 

                                                        ROSEMARY M. COLLYER
                                                        UNITED STATES DISTRICT COURT JUDGE

Copies to:

Adrian V. Nelson, II, Esq.
The Adams Law Center
31 Wood Lane
Rockville, MD 20850

Joseph D. Gebhardt, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716

Alan Burch, Esq.
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, DC 20530